DOWD, J.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| Willie J. Kemp, | ) | |
| | ) | CASE NO. 1:07 CR 142 |
| Petitioner-Defendant, | ) | (Civil Case No. 1:10 CV 813) |
| | ) | |
| v. | ) | <u>JUDGMENT ENTRY</u> |
| | ) | |
| United States of America, | ) | |
| | ) | |
| Respondent-Plaintiff. | ) | |
| | ) | |

For the reasons set forth in the Memorandum Opinion filed contemporaneously with this Judgment Entry,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Petitioner-Defendant's Motion to reconsider his petition filed pursuant to 28 U.S.C. § 2255 after the Court filed a nine-page Memorandum Opinion on July 7, 2010 denying his earlier motion to vacate, set aside, or correct his sentence is DENIED in its entirety.

IT IS SO ORDERED.

| | |
|---|---|
|  August 13, 2010 |  */s/ David D. Dowd, Jr.* |
| Date | David D. Dowd, Jr. |
| | U.S. District Judge |